IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

KAREN JONES, individually and on the
behalf of the wrongful death beneficiaries of
LOUIS NEWELL, deceased					PLAINTIFFS

VS.					CIVIL ACTION NO. 3:06cv211-TSL-LRA

KUHLMAN CORPORATION, A
DELAWARE CORPORATION, et al.				DEFENDANTS

## ORDER OF DISMISSAL WITHOUT PREJUDICE

There has come before the Court the *ore tenus* motion of the Plaintiff, Karen Jones, individually and on behalf of the wrongful death beneficiaries of Louis Newell, deceased, to dismiss this case without prejudice. The Defendants do not object to the dismissal.

IT IS, THEREFORE, ORDERED that the Complaint in this case filed by the Plaintiff, Karen Jones, individually and on behalf of the wrongful death beneficiaries of Louis Newell, deceased, is hereby dismissed without prejudice, with each party to bear their own costs and fees.

This the 18th day of December, 2006.


    /s/ Tom S. Lee
    UNITED STATES DISTRICT JUDGE

**AGREED TO AND APPROVED:**

*s/ Michael J. Fuller, Jr.*
James B. McHugh
Michael J. Fuller, Jr.

McHUGH FULLER LAW GROUP  *Counsel for Plaintiff*

_____
James L. Jones  Scott W. Pedigo  W. Davis Frye  Eric Hospodor
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
*Counsel for Defendants Pharmacia Corporation, Monsanto Company and Pfizer, Inc.*

_____
James W. Shelson
PHELPS DUNBAR, LLP
*Counsel for Defendants Borg Warner, Inc. and Kuhlman Corporation, a Delaware Corporation*

_____
Katherine K. Smith  Kenneth E. Milam  WATKINS & EAGER
*Counsel for Defendant Kuhlman Electric Corporation*

_____
Robert O. Allen  William R. Allen
ALLEN, ALLEN, BREELAND & ALLEN
*Counsel for Defendants Fountain Construction Company and Vaughan Construction Company*

_____
Richard M. Dye
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC  *Counsel for Defendant Usry Architects, P.A.*